# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

140735(100)
140738(100)

AUTO-OWNERS INSURANCE COMPANY,
        Plaintiff/
        Counter-Defendant/Appellee,

v

FERWERDA ENTERPRISES, INC., d/b/a
HOLIDAY INN EXPRESS LUDINGTON,
        Defendant/
        Counter-Plaintiff/Appellant,

and

DARYL BRONKEMA, Next Friend of
JACKSON THOMAS BRONKEMA,
CALEB ANDREW BRONKEMA and
SAVANNAH JOY BRONKEMA, and
DARYL BRONKEMA, Individually,
and MELISSA BRONKEMA,
        Defendants.
_____/

SC: 140735
COA: 277574
Mason CC: 05-000436-CZ

AUTO-OWNERS INSURANCE COMPANY,
        Plaintiff/
        Counter-Defendant/Appellee,

v

FERWERDA ENTERPRISES, INC., d/b/a
HOLIDAY INN EXPRESS LUDINGTON,
        Defendant/
        Counter-Plaintiff/Appellee,

and

DARYL BRONKEMA, Next Friend of
JACKSON THOMAS BRONKEMA,
CALEB ANDREW BRONKEMA and

SC: 140738
COA: 277574
Mason CC: 05-000436-CZ

SAVANNAH JOY BRONKEMA, and
DARYL BRONKEMA, Individually, and
MELISSA BRONKEMA,
                Defendants-Appellants.

_____/

       On order of the Court, the motion for reconsideration of this Court's October 27, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011                                   _____
                                                Clerk

d0228